THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MARTINEZ, Appellant.

Submitted April 22, 2013; decided April 25, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE McCRAY, Appellant.

Submitted April 8, 2013; decided April 25, 2013

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12054 assigned as counsel to the appellant on the appeal herein.